IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L. SHAY KERNS-BARR, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-2420 |
| WAL-MART STORES EAST. L.P., et al. | : | |

**ORDER**

AND NOW, this 21st day of January, 2010, "Defendants' Motion to Transfer Venue" (docket no. 5) is granted, 28 U.S.C. § 1404(a). The Clerk of Court is directed to transfer this action to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.